IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALISON LEVON BOYD, )
 )
    Plaintiff, )
 )
v. ) No. 1:09-CV-930
 )
ANNA MILLS WAGONER et al., )
 )
    Defendants. )

**ORDER & JUDGMENT**

This matter is before the court for frivolity review pursuant to 28 U.S.C. §§ 1915 and 1915A. United States Magistrate Judge Wallace W. Dixon filed a Memorandum Opinion, Order and Recommendation ("M&R") on December 11, 2009, recommending that plaintiff's claims be dismissed as frivolous or malicious, for failure to state a claim upon which relief can be granted, or as barred by immunity. Plaintiff has filed no objection, and the time for doing so has expired. Therefore, this matter is ripe for adjudication.

A full and careful review of the M&R and other documents of record convinces the court that the recommendation of the magistrate judge is, in all respects, in accordance with the law and should be approved. Accordingly, the court hereby adopts the recommendation of the magistrate judge as its own.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's complaint [DE #1] is DISMISSED pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b). The clerk is directed to close the case.

This 4th day of February 2010.

MALCOLM J. HOWARD
Senior United States District Judge for
the Eastern District of North Carolina
sitting by designation

At Greenville, NC
#31